IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ERIC RODRIGUEZ,

     Plaintiff,                                                  ORDER

v.

TIMOTHY HAINES, et al.                          Case No.  14-cv-86-wmc

     Defendants.

On March 11, 2014, I directed plaintiff Eric Rodriguez to either pay the $400 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.  Plaintiff has paid the $400 filing fee, but he has also submitted a motion for leave to proceed without prepayment of fees.  Plaintiff's motion will be denied as unnecessary.

Although plaintiff has paid the $400 filing fee, because he is a prisoner, he is subject to the Prison Litigation Reform Act ("PLRA"), which requires the court to screen the complaint to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.  Accordingly, the court will take plaintiff's complaint under advisement for screening.

ORDER

IT IS ORDERED that

1.     Plaintiff Eric Rodriguez's complaint is taken under advisement pursuant to 28 U.S.C. § 1915A.  Plaintiff will be notified promptly when such a decision has been made.  In

the meantime, if plaintiff needs to communicate with the court about his case, he should be sure to write the case number shown above on his communication.

2.      Plaintiff's motion for leave to proceed without prepayment of the fees, dkt. 12, is DENIED as unnecessary.

Entered this 30th day of April, 2014.

BY THE COURT:


/s/
PETER OPPENEER
Magistrate Judge