IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ERIC RODRIGUEZ,

        Plaintiff,

v.

TIMOTHY HAINES, S. MASON,
D. GARDNER, C. MORRISON,
C. BROADBENT, K. TRUMM,
ELLEN K. RAY, C. BEERKIRCHER,
S. BROWN, T. EVERS, R. HABLE,
SGT. JANTZEN, MS. WALTERS and
K. GOURLIE,

        Defendants.

JUDGMENT IN A CIVIL CASE

14-cv-86-jdp

---

This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying plaintiff Lorenzo Johnson leave to proceed and dismissing his claims against S. Mason, D. Gardner, C. Morrison, C. Broadbent, Ellen K. Ray, C. Beerkircher, S. Brown, T. Evers and K. Gourlie; and

(2) granting summary judgment in favor of Timothy Haines, Robert Hable, Keith Jantzen, Marla Walters and Kelly Trumm and dismissing this case.


/s/                                                                                           12/18/2015

_____                    _____
Peter Oppeneer, Clerk of Court                                           Date